# EXHIBIT J

Case 6:20-cv-00453-ADA   Document 1-10   Filed 06/01/20   Page 1 of 9

**JENAM TECH LLC'S INFRINGEMENT ANALYSIS**

**U.S. Patent No. 10,075,565 – Google LLC**
**Claim 1**

Jenam Tech LLC ("Jenam") provides evidence of infringement of Claim 1 of U.S. Patent No. 10,075,565 (hereinafter "the '565 patent") by Google LLC ("Google"). In support thereof, Jenam provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least one or more websites or web addresses including, but not limited to www.google.com, stored and/or hosted on one or more servers owned or under the control of Google. These claim charts demonstrate Google's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Google has not yet provided any non-public information. An analysis of Google's (or other third parties') technical documentation and/or software source code may assist in fully identify all infringing features and functionality. Accordingly, Jenam reserves the right to supplement this infringement analysis once such information is made available to Jenam. Furthermore, Jenam reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Unless otherwise noted, Jenam contends that Google directly infringes the '565 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Jenam further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Google makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe Claim 1 of the '565 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, Jenam believes and contends that each element of each claim asserted herein is literally met through Google's provision of the Infringing Instrumentalities. However, to the extent that Google attempts to allege that any asserted claim element is not literally met, Jenam believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, Jenam did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, Jenam asserts that, on information and belief, any similarly-functioning instrumentalities also infringes the charted claim. Jenam reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Google. Jenam also reserves the right to amend this infringement analysis by citing other claims of the '565 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Jenam further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

CLAIM CHARTS
BASED ON INFRINGEMENT ANALYSIS OF GOOGLE
U.S. Patent No. 10,075,565

| Claim 1 | Accused Instrumentalities |
|---|---|
| An apparatus comprising: a server computer including: a non-transitory memory storing a network application; and one or more processors in communication with the non-transitory memory, wherein the one or more processors execute the network application to operate in accordance with a first protocol including a transmission control protocol (TCP), the server computer, when operating in accordance with the first protocol to establish a TCP connection with a client computer, configured to: | Google uses an apparatus comprising a server computer including a non-transitory memory storing a network application (e.g., server software, etc.) and one or more processors in communication with the non-transitory memory.  The one or more processors execute the network application to operate in accordance with a first protocol including a transmission control protocol (TCP).  The server computer, when operating in accordance with the first protocol to establish a TCP connection with a client computer, is configured to carry out the following functionality.<br><br>See excerpt(s) below, for example (emphasis added, if any):<br><br>Note: Below is a web page of Google (https://www.google.com/).<br><br> |
| communicate a segment including at least one first synchronize bit;<br><br>communicate a first acknowledgement of the segment, and at least one second synchronize bit; and | Google uses the apparatus comprising the server computer which, when operating in accordance with the first protocol to establish the TCP connection with the client computer, is configured to a) communicate a segment including at least one first synchronize bit; b) communicate a first acknowledgement of the segment, and at least one second synchronize bit; and c) communicate a second acknowledgement.<br><br>See excerpt(s) below, for example (emphasis added, if any):<br><br>Note: As set forth below, a) is met by 1); b) is met by 2)/3), and c) is met by 4). |

June 1, 2020

CLAIM CHARTS
BASED ON INFRINGEMENT ANALYSIS OF GOOGLE
U.S. Patent No. 10,075,565

| | |
|---|---|
| communicate a second acknowledgement; | "The synchronization requires each side to send it's own initial sequence number and to receive a confirmation of it in acknowledgment from the other side.  Each side must also receive the other side's initial sequence number and send a confirming acknowledgment.<br><br>   1) A --> B  SYN my sequence number is X<br>   2) A <-- B  ACK your sequence number is X<br>   3) A <-- B  SYN my sequence number is Y<br>   4) A --> B  ACK your sequence number is Y<br><br>Because steps 2 and 3 can be combined in a single message this is called the three way (or three message) handshake.<br><br>A three way handshake is necessary because sequence numbers are not tied to a global clock in the network, and TCPs may have different mechanisms for picking the ISN's.  The receiver of the first SYN has no way of knowing whether the segment was an old delayed one or not, unless it remembers the last sequence number used on the connection (which is not always possible), and so it must ask the sender to verify this SYN.  The three way handshake and the advantages of a clock-driven scheme are discussed in [3]."<br><br>"Request for Comments" (RFC) document RFC 793 (September 1981) https://tools.ietf.org/html/rfc793 |
| said server computer, further configured to communicate, to the client computer, code that, when used by the client computer, causes the client computer to operate in accordance with a second protocol that is separate from the TCP, in order to establish a second protocol connection with another server computer, by: receiving a packet; detecting an idle time | Google uses the apparatus comprising the server computer to communicate code (e.g., HTML pages, etc.) to the client computer, where the code, when used by the client computer, causes the client computer to operate in accordance with a second protocol that is separate from the TCP, in order to establish a second protocol connection with another server computer, by: receiving a packet; detecting an idle time period parameter field (e.g., idle timeout parameter field, etc.) in the packet; identifying metadata (e.g., the value of the idle timeout parameter field, etc.) in the idle time period parameter field for an idle time period, where, after the idle time period is detected, the second protocol connection is deemed inactive; and creating or modifying, by the client computer and based on the metadata, a timeout attribute associated with the second protocol connection.<br><br>See excerpt(s) below, for example (emphasis added, if any): |

3 of 8

June 1, 2020

CLAIM CHARTS
BASED ON INFRINGEMENT ANALYSIS OF GOOGLE
U.S. Patent No. 10,075,565

| | |
|---|---|
| period parameter field in the packet; identifying metadata in the idle time period parameter field for an idle time period, where, after the idle time period is detected, the second protocol connection is deemed inactive; and creating or modifying, by the client computer and based on the metadata, a timeout attribute associated with the second protocol connection. | **Note**: Below is a web page of Google (https://www.google.com/).**Note**: As set forth below, QUIC is separate from TCP.<br><br>1. Introduction<br><br>QUIC is a multiplexed and secure transport protocol that runs on top of UDP.  QUIC aims to provide a flexible set of features that allow it to be a general-purpose transport for multiple applications.<br><br>QUIC implements techniques learned from experience with TCP, SCTP and<br><br>"On the surface, QUIC is very similar to TCP+TLS+HTTP/2 implemented on UDP. …However, since QUIC is built on top of UDP, it suffers from no such limitations." https://www.chromium.org/quic |

4 of 8

CLAIM CHARTS
BASED ON INFRINGEMENT ANALYSIS OF GOOGLE
U.S. Patent No. 10,075,565

| | |
|---|---|
| | **Note**: As set forth below, a QUIC negotiation packet is received by the client node from a server node.<br><br>```<br>7.4.  Transport Parameters<br><br>   During connection establishment, both endpoints make authenticated<br>   declarations of their transport parameters.  These declarations are<br>   made unilaterally by each endpoint.  Endpoints are required to comply<br>   with the restrictions implied by these parameters; the description of<br>   each parameter includes rules for its handling.<br><br><br>QUIC packet:  A well-formed UDP payload that can be parsed by a QUIC<br>   receiver.  QUIC packet size in this document refers to the UDP<br>```<br><br>**Note**: As set forth below, prior to a QUIC connection being established, the QUIC connection is "set up" using the aforementioned handshake.<br><br>```<br>3.1.  Low-Latency Connection Establishment<br><br>   QUIC relies on a combined cryptographic and transport handshake for<br>   setting up a secure transport connection.  QUIC connections are<br>   expected to commonly use 0-RTT handshakes, meaning that for most QUIC<br>   connections, data can be sent immediately following the client<br>   handshake packet, without waiting for a reply from the server.  QUIC<br>   provides a dedicated stream (Stream ID 0) to be used for performing<br>   the cryptographic handshake and QUIC options negotiation.  The format<br>   of the QUIC options and parameters used during negotiation are<br>   described in this document, but the handshake protocol that runs on<br>   Stream ID 0 is described in the accompanying cryptographic handshake<br>   draft [QUIC-TLS].<br>```<br><br>**Note**: As set forth below, a QUIC negotiation packet includes transport parameters that include an idle timeout parameter that is detected by a recipient of such packet. |

5 of 8

7.4.  Transport Parameters

   During connection establishment, both endpoints make authenticated
   declarations of their transport parameters.  These declarations are
   made unilaterally by each endpoint.  Endpoints are required to comply
   with the restrictions implied by these parameters; the description of
   each parameter includes rules for its handling.

```
   +--------+--------------------------+---------------+
   | Value  | Parameter Name           | Specification |
   +--------+--------------------------+---------------+
   | 0x0000 | initial_max_stream_data  | Section 7.4.1 |
   |        |                          |               |
   | 0x0001 | initial_max_data         | Section 7.4.1 |
   |        |                          |               |
   | 0x0002 | initial_max_stream_id    | Section 7.4.1 |
   |        |                          |               |
   | 0x0003 | idle_timeout             | Section 7.4.1 |
   |        |                          |               |
   | 0x0004 | omit_connection_id       | Section 7.4.1 |
   |        |                          |               |
   | 0x0005 | max_packet_size          | Section 7.4.1 |
   |        |                          |               |
   | 0x0006 | stateless_reset_token    | Section 7.4.1 |
   +--------+--------------------------+---------------+
```

             Table 4: Initial QUIC Transport Parameters Entries

CLAIM CHARTS
BASED ON INFRINGEMENT ANALYSIS OF GOOGLE
U.S. Patent No. 10,075,565

| | |
|---|---|
| | ```
The format of the transport parameters is the TransportParameters
struct from Figure 6.  This is described using the presentation
language from Section 3 of [I-D.ietf-tls-tls13].

   uint32 QuicVersion;

   enum {
      initial_max_stream_data(0),
      initial_max_data(1),
      initial_max_stream_id(2),
      idle_timeout(3),
      omit_connection_id(4),
      max_packet_size(5),
      stateless_reset_token(6),
      (65535)
   } TransportParameterId;
```<br><br>**Note**: As set forth below, since the idle_timeout value sets the duration of idleness, after which the connection is shutdown, a timeout attribute of the connection is necessarily modified based on the value received in the idle_timeout field of the connection negotiation packet.<br><br>```
idle_timeout (0x0003):  The idle timeout is a value in seconds that
   is encoded as an unsigned 16-bit integer.  The maximum value is
   600 seconds (10 minutes).


7.8.  Connection Termination

   Connections should remain open until they become idle for a pre-
   negotiated period of time.  A QUIC connection, once established, can
   be terminated in one of three ways:
``` |

7 of 8

June 1, 2020

CLAIM CHARTS
BASED ON INFRINGEMENT ANALYSIS OF GOOGLE
U.S. Patent No. 10,075,565

|  | |
|---|---|
|  | 7.8.2.  Idle Timeout<br><br>A connection that remains idle for longer than the idle timeout (see Section 7.4.1) becomes closed.  Either peer removes connection state if they have neither sent nor received a packet for this time.<br><br>The time at which an idle timeout takes effect won't be perfectly synchronized on peers.  A connection enters the draining period when the idle timeout expires.  During this time, an endpoint that receives new packets MAY choose to restore the connection. Alternatively, an endpoint that receives packets MAY signal the timeout using an immediate close. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same in connection with any subsequent correlations.