# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| JENAM TECH, LLC,<br><br>    Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 6:20-cv-00453<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

### **PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Jenam Tech, LLC state that they have no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: June 1, 2020

*/s/ James M. Lennon*
James M. Lennon (Bar No. 4570)
Timothy Devlin (Bar No. 4241)
Derek Dahlgren (Bar No. 983624)
Cory Edwards (Bar No. 6329639)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
jlennon@devlinlawfirm.com
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
cedwards@devlinlawfirm.com

*Attorneys for Plaintiff,*
*Jenam Tech, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

| | |
|---|---|
| Dated: June 1, 2020 | */s/ James M. Lennon* <br> James M. Lennon |