IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENAM TECH, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION No. 6:20-cv-00453-ADA |
| v. | | JURY TRIAL DEMANDED |
| GOOGLE LLC, | | |
| Defendant. | | |

**DECLARATION OF MELISSA HARRELL IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE**

# FILED UNDER SEAL

1388642