IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENAM TECH, LLC,<br><br>       Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Civil Action No. 6:20-cv-00453-ADA |

**JOINT STIPULATION TO RESET BRIEFING SCHEDULE
FOR GOOGLE LLC'S MOTION TO TRANSFER**

Plaintiff Jenam Tech, LLC ("Jenam" or "Plaintiff") and Defendant Google LLC ("Google") file this Joint Stipulation to Reset Briefing Schedule for Google's Motion to Transfer (Dkt. 27).  The parties have continued discussing venue discovery and a modified briefing schedule since the prior requested extension was granted.  The Parties have agreed to a briefing schedule that will allow for the parties' disputes regarding venue discovery to be resolved in which Jenam's opposition brief is due by March 2, 2021, and in which Google' reply brief is due by April 1, 2021.

IT IS HEREBY STIPULATED by the undersigned counsel for the parties that the deadlines for briefing Google's motion to transfer and enter an order extending the deadline for Jenam to file its answering brief to March 2, 2021, and for Google to file its reply brief to April 1, 2021.

Dated: February 16, 2021

| | |
|---|---|
| /s/ James M. Lennon | /s/ Rylee K. Olm |
| James M. Lennon (Bar No. 4570) | KEKER, VAN NEST & PETERS LLP |
| Timothy Devlin (Bar No. 4241) | Robert A. Van Nest (CA Bar No. 084065) |
| Derek Dahlgren (Bar No. 983624) | Matthew M. Werdegar (CA Bar No. 200470) |
| Cory Edwards (Bar No. 6329639) | Michelle S. Ybarra (CA Bar No. 260697) |
| **DEVLIN LAW FIRM LLC** | Ryan K. Wong (CA Bar No. 267189) |
| 1526 Gilpin Avenue | Edward A. Bayley (CA Bar No. 267532) |
| Wilmington, DE 19806 | Jason George (CA Bar No. 307707) |
| Telephone: (302) 449-9010 | Katie Lynn Joyce (CA Bar No. 308263) |
| Facsimile: (302) 353-4251 | Rylee K. Olm (CA Bar No. 318550) |
| jlennon@devlinlawfirm.com | Kristin E. Hucek (CA Bar No. 321853) |
| tdevlin@devlinlawfirm.com | 633 Battery Street |
| ddahlgren@devlinlawfirm.com | San Francisco, CA 94111 |
| cedwards@devlinlawfirm.com | Phone: (415) 391-5400 |
| | Fax: (415) 397-7188 |
| *Attorneys for Plaintiff,* | RVanNest@keker.com |
| *Jenam Tech, LLC* | MWerdegar@keker.com |
| | MYbarra@keker.com |
| | RWong@keker.com |
| | EBayley@keker.com |
| | JGeorge@keker.com |
| | KJoyce@keker.com |
| | ROlm@keker.com |
| | KHucek@keker.com |
| | |
| | POTTER MINTON |
| | Michael E. Jones (TX Bar No. 10929400) |
| | mikejones@potterminton.com |
| | Patrick C. Clutter (TX Bar No. 24036374) |
| | patrickclutter@potterminton.com |
| | 110 N. College, Suite 500 |
| | Tyler, Texas 75702 |
| | Tel: 903-597-8311 |
| | Fax: 903-593-0846 |
| | |
| | *Attorneys for Defendant Google LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                              /s/ *James M. Lennon*
                                              James M. Lennon